**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| E-WATCH INC. and E-WATCH CORPORATION, § § § § Plaintiffs, § § v. § § SHARP CORPORATION and SHARP § ELECTRONICS CORPORATION, § § Defendants. | NO. 2:13-cv-01074-JRG-RSP |

**NOTICE OF ATTORNEY APPEARANCE**

Defendants, Sharp Corporation and Sharp Electronics Corporation (collectively "Sharp") provide notice that Richard de Bodo is appearing as counsel for Sharp in this matter. Sharp requests that copies of all notices and filings be provided to Mr. de Bodo as follows:

Richard de Bodo
BINGHAM MCCUTCHEN LLP
The Water Garden, Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, California 90404-4082
Email: rich.debodo@bingham.com
Telephone: 310.907.1000; Facsimile: 310.907.2000

Dated: January 24, 2014            Respectfully submitted,

By: /s/ Richard de Bodo
    Richard de Bodo
    rich.debodo@bingham.com

BINGHAM MCCUTCHEN LLP
The Water Garden, Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, California 90404-4082
Tel: 310.907.1000; Fax: 310.907.2000

Counsel for Defendants
SHARP CORPORATION and SHARP
ELECTRONICS CORPORATION

A/75909114.1

## CERTIFICATE OF SERVICE

   The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of January, 2014. Any other counsel of record will be served by first class mail.

                 */s/ Richard de Bodo*
                 Richard de Bodo