**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **E-WATCH, INC. AND** | § | |
| **E-WATCH CORPORATION,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | Civil Action No. 2:13-cv-1074 |
| **v.** | § | |
| | § | |
| **SHARP CORPORATION AND SHARP** | § | |
| **ELECTRONICS CORPORATION,** | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

**STIPULATION OF ACCEPTANCE OF SERVICE AND JOINT STIPULATED
MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**

Plaintiffs e-Watch, Inc. and e-Watch Corporation and Defendants Sharp Corporation and

Sharp Electronics Corporation jointly come before the Court and stipulate that:

- Defendant Sharp Corporation agrees to waive formal service of process pursuant
  to the Hague convention and consents to service of the summons and the amended
  complaint in this action by delivery via electronic mail to counsel of record for
  Defendant Sharp Corporation, as reflected in the signature block below; and

- Defendant Sharp Electronics Corporation agrees to waive formal service of
  process and consents to service of the summons and the amended complaint in
  this action by delivery via electronic mail to counsel of record for Defendant
  Sharp Electronics Corporation, as reflected in the signature block below.

In return for the above, Plaintiffs agree to extend the time within which all named

Defendants must answer or otherwise respond.  Pursuant to Local Rule CV-12, the parties jointly move the Court to set the date by which Defendants Sharp Corporation and Sharp Electronics Corporation will answer or otherwise respond to April 7, 2014.

DATED: January 23, 2014

Respectfully submitted,

**COUNSEL FOR E-WATCH, INC.,**
**AND E-WATCH CORPORATION**

**COUNSEL FOR SHARP CORPORATION**
**AND SHARP ELECTRONICS**
**CORPORATION**

/s/ Christopher V. Goodpastor

/s/ J. Thad Heartfield

Christopher V. Goodpastor
State Bar No. 00791991
LEAD ATTORNEY
Mikal C. Watts
State Bar. No. 20981820
WATTS GUERRA LLP
811 Barton Springs Road, Suite 725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0502
Email: cgoodpastor@wattsguerra.com
mcwatts@wattsguerra.com

J. Thad Heartfield
Texas Bar No. 09346800
thad@heartfieldlawfirm.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@heartfieldlawfirm.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Facsimile:  (409) 866-5789

Francisco Guerra, IV
State Bar No. 00797784
WATTS GUERRA LLP
300 Convent Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 527-0500
Facsimile: (210) 527-0501
Email: fguerra@wattsguerra.com

Richard de Bodo
Richard.deBodo@bingham.com
California Bar No. 128199
Andrew Devkar
California Bar No. 228809
Andrew.devkar@bingham.com
BINGHAM MCCUTCHEN LLP
The Water Garden
1601 Cloverfield Boulevard
Suite 2050 North
Santa Monica, California 90404-4082
Telephone: (310) 225-9070
Facsimile: (310) 907-2070

Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Chester J. Shiu
State Bar No. 24071126
Stefanie T. Scott

State Bar No. 24061617
Gregory S. Donahue
State Bar No. 24012539
DINOVO PRICE ELLWANGER
& HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com
aprice@dpelaw.com
cshiu@dpelaw.com
sscott@dpelaw.com
gdonahue@dpelaw.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com

**ORDER SETTING ANSWER DEADLINES FOR
DEFENDANTS SHARP CORPORATION AND SHARP ELECTRONICS
CORPORATION**

The Court, having considered the Joint Stipulated Motion to Extend Time to Answer

Plaintiff's Amended Complaint filed by Plaintiffs e-Watch, Inc. and e-Watch Corporation and

Defendants Sharp Corporation and Sharp Electronics Corporation finds that good cause exists for

the requested extensions, and accordingly is of the opinion that the motion in all respects should

be GRANTED.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED** that

Defendants Sharp Corporation and Sharp Electronics Corporation shall answer or otherwise

respond on or before April 7, 2014.